### RICHARDSON *v.* HARRISON.

LITTLE, J. 1. An entry made by a constable, on a fi. fa. issued from a justice's court, of "no property to be found," is sufficiently expressive to mean that no personal property of the defendant in fi. fa. could be found on which to make a levy.

2. When it is, on the trial of a claim case, a material question whether the judgment on which the execution issued is dormant, and its determination de-

pends upon the true date of an entry on the execution, which appears to have been altered at some time, and with respect to this matter the evidence is conflicting, it is error to direct a verdict.

3. When it is claimed that entries on the execution which bear different dates were, in fact, all made on one and the same day, and the manner of the entry, handwriting, character of the ink, etc., are relied on to so show, this issue should be determined by a jury from an inspection of the entries and other competent evidence submitted.

*Judgment reversed. All the Justices concurring, except Fish J., absent.*

Submitted December 8, — Decided December 21, 1900.

Levy and claim. Before Judge Smith. Twiggs superior court. June 18, 1900.

*R. V. Hardeman* and *F. Chambers,* for plaintiff.

*L. D. Moore,* contra.